**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Colleen M. Shea<br>Debtor | CHAPTER 13 CASE NO.: 19-29012/JNP<br><br>ATTORNEY CERTIFICATION IN REFERENCE TO FUNDS ON HAND WITH TRUSTEE |

I, Eric J Clayman, by way of Certification hereby state:

1.  I am an attorney at law licensed to practice before this court and am hereby authorized to make this certification.

2.  In this case, we elected the flat fee permitted by D.N.J. LBR 2016-5(b) and seek the balance of our fee from any available funds on hand with the Chapter 13 Trustee.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 10, 2021

/s/ Eric J Clayman
Eric J Clayman, Esquire
Attorney for debtor(s)